**FILED**

JUN - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD ALBERT WILLIS,                    No. C 05-3153 MHP (pr)

      Petitioner,                              **ORDER**

    v.

A. P. KANE, warden,

      Respondent.

_____/

    On May 29, 2007, respondent filed a motion for an extension of time to set a release date and serve notice of the release date. On May 31, 2007, petitioner filed an emergency request for an order for his release from prison. Both the motion and the request were prepared before the parties had received a decision on respondent's motion for a stay filed in the Ninth Circuit. On May 30, 2007, the Ninth Circuit issued an order granting in part respondent's motion for a stay. In light of the Ninth Circuit's order on the motion for a stay, respondent's motion and petitioner's request are denied as moot. (Docket # 22 and # 23.)

    IT IS SO ORDERED.

DATED: June _7_, 2007

                              Marilyn Hall Patel
                              United States District Judge

United States District Court
For the Northern District of California